July 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE INTEREST OF J.M.W.

NO. 14-14-00135-CV

_____

This cause, an appeal from the judgment in favor of appellee J.S.W. and against appellant M.L.W., signed December 12, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court erred in its application of the Family Code when setting its award of child support. We therefore order the trial court's judgment **REVERSED** with regard to its awards of adult disabled child support, retroactive child support, and attorney's fees. We order the remainder of the judgment **AFFIRMED** and **REMAND** for further proceedings in accordance with this opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.